**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

NICOLE FRAZIER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: 4:19-cv-19

## O R D E R

After a careful de novo review of the entire record in this case, the Court concurs with the Magistrate Judge's January 29, 2019 Report and Recommendation, to which the parties did not file objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 2), as the opinion of the Court, and **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus, (doc. 1). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA